**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERESA HOUSE** **PLAINTIFF**

**v.** **No. 4:25-cv-613-DPM**

**JESUS DELGADO-LEON** **DEFENDANT**

# JUDGMENT

House's complaint is dismissed with prejudice. The Court retains jurisdiction until 10 December 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
United States District Judge

10 November 2026